IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40535
Summary Calendar
_____


ANTHONY LINDON BETHEL,

                                        Plaintiff-Appellant,

versus

JAMES A. LYNAUGH et. al.,

                                        Defendant-Appellee.



- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:94-CV-224
- - - - - - - - - -
April 17, 1996

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     This court must examine the basis of its jurisdiction on its

own motion if necessary.  Mosley v. Cozby, 813 F.2d 659, 660 (5th

Cir. 1987).  Anthony Lindon Bethel has filed a notice of appeal

from an order of the district court that did not adjudicate all

of the claims against all of the parties.  This court is without

jurisdiction to hear this appeal.  See Borne v. A & P Boat

_____

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

Rentals No. 4, Inc., 755 F.2d 1131, 1133 (5th Cir. 1985). The appeal is DISMISSED.

In addition, we note that Bethel has been warned that sanctions would be brought against him if he filed frivolous appeals. In spite of this, Bethel has continued to file frivolous appeals. Accordingly, IT IS ORDERED that Bethel is barred from filing any pro se civil appeal in this court, or any initial civil pleading in any court which is subject to this court's jurisdiction, without the advance written permission of a judge of the forum court. The clerk of this court and the Clerk of all federal courts in this circuit are directed to return to Bethel, unfiled, any attempted submission inconsistent with this bar.

APPEAL DISMISSED; SANCTION IMPOSED.